No. 1216.  SID W. RICHARDSON FOUNDATION *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 1287.  GRIECO *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 1290.  ATWELL *v.* RETAIL CREDIT Co.  C. A. 4th Cir.  Certiorari denied.

No. 1291.  KELLWOOD Co., OTTENHEIMER DIVISION *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 1293.  UNITED STEELWORKERS OF AMERICA, AFL–CIO *v.* ABRAMS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 1295.  BALLOU ET AL. *v.* GENERAL ELECTRIC Co. C. A. 1st Cir.  Certiorari denied.

No. 1298.  PREISER SCIENTIFIC, INC., OF OHIO, ET AL. *v.* PIEDMONT AVIATION, INC.  C. A. 4th Cir.  Certiorari denied.

No. 1299.  SZOT *v.* FLORIDA INDUSTRIAL COMMISSION ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 1301.  RUSCITO ET AL. *v.* SCHAFFER, SECRETARY OF STATE OF CONNECTICUT.  C. A. 2d Cir.  Certiorari denied.

No. 1302.  BESSESEN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 1304.  ALEXANDER ET AL. *v.* PACIFIC MARITIME ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.